# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER MARIE KETTLESON,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>KILOLO KIJAKAZI<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 3:23-cv-00145-SLG |

## ORDER RE STIPULATED MOTION TO REMAND

Before the Court at Docket 7 is the parties' Stipulated Motion to Remand. Upon due consideration, the Stipulation is APPROVED. IT IS ORDERED that the Commissioner's decision in regard to Plaintiff's application for Supplemental Security Income benefits under Title XVI of the Social Security Act be REVERSED AND REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a new hearing, and issue a new decision.

DATED this 24th day of August, 2023 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE