# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| JENNIFER MARIE KETTLESON<br>*Plaintiff*<br>v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security<br>*Defendants* | Civil Action No. 3:23-cv-00145-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Commissioner's decision in regard to Plaintiff's application for Supplemental Security income benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: August 24, 2023

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*